UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| WILLIAM COHEN, SUE PAIVANAS and CHRISTY ORGRODOSKI, individually and on behalf of all others similarly situated, | : : : : | |
| Plaintiffs, | : : | Case No. 19-cv-03479 (KAM) |
| v. | : : | |
| CAPITAL ONE FUNDING, LLC; CAPTIAL ONE MASTER TRUST; CAPTIAL ONE MUTLI-ASSET EXECUTION TRUST; THE BANK OF NEW YORK MELLON CORPORATION, as Trustee of Capital One Master Trust; and DEUTSCHE BANK TRUST COMPANY DELAWARE, as Trustee of Capital One Multi-Asset Execution Trust; | : : : : : : : : : : : | |
| Defendants. | : | |

## DEUTSCHE BANK TRUST COMPANY DELAWARE'S
## CORPORATE DISCLOSURE STATEMENT

Deutsche Bank Trust Company Delaware ("DBTCD"), through its undersigned counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, files this corporate disclosure statement identifying all of its publicly held parent corporations and all publicly held companies that directly or indirectly own, control or hold, with power to vote, ten percent or more of DBTCD's outstanding voting securities. Regarding the foregoing, DBTCD represent as follows:

1. DBTCD is a privately-owned corporation.

1

2. Its parent corporation is Deutsche Bank Trust Corporation, a wholly-owned subsidiary of DB USA Corporation, the U.S. intermediate holding company of Deutsche Bank AG.

3. Of these parent corporations, only Deutsche Bank AG is publicly held.

4. No publicly-held company directly or indirectly owns, controls or holds, with power to vote, ten percent or more of Deutsche Bank AG's outstanding securities.

Dated: August 20, 2019
    New York, New York

                      Respectfully submitted,

                      /s/ Matthew D. Ingber
                      Matthew D. Ingber
                      Christopher J. Houpt
                      MAYER BROWN LLP
                      1221 Avenue of the Americas
                      New York, NY 10020
                      Tel: (212) 506-2500

                      *Attorneys for Defendants*
                      *The Bank of New York Mellon Corporation*
                      *and Deutsche Bank Trust Company*
                      *Delaware*