UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                           :

WILLIAM COHEN, *et al.*,                          :

                                                                           : Case No. 1:19-cv-03479-KAM

                               Plaintiffs,           :

       vs.                                                 :

CAPITAL ONE FUNDING, LLC, *et al.*,       :

                               Defendants.   :
------------------------------------------------------------------------X

## **DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

PLEASE TAKE NOTICE that upon the accompanying supporting memorandum of law and the exhibits thereto, Defendants Capital One Funding, LLC ("CO Funding"), Capital One Multi-Asset Execution Trust ("COMET"), and the Bank of New York Mellon, as Trustee of Capital One Master Trust respectfully move, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss Plaintiffs' First Amended Complaint in its entirety and with prejudice.

Dated: September 27, 2019
       New York, New York

MURPHY & MCGONIGLE, P.C.

By: _/s/ James A. Murphy_____
    James A. Murphy
    jmurphy@mmlawus.com
    Theodore R. Snyder
    tsnyder@mmlawus.com
    1185 Avenue of the Americas, 21st Floor
    New York, New York 10006
    (212) 880-3976

    Cameron S. Matheson
    cmatheson@mmlawus.com
    4870 Sadler Road, Suite 301
    Glen Allen, Virginia 23060
    (804) 762-5332

    *Attorneys for Defendants*