UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
WILLIAM COHEN, SUE PAIVANAS,
AND CHRISTY OGRODOSKI, individually
and on behalf of all others similarly situated,   JUDGMENT

                 Plaintiff,   19-cv-3479(KAM)(RLM)

                v.

CAPITAL ONE FUNDING, LLC; CAPITAL ONE MASTER
TRUST; CAPITAL ONE MULTI-ASSET EXECUTION TRUST;
and THE BANK OF NEW YORK MELLON CORPORATION,
as Trustee of Capital One Master Trust;

                 Defendants.
----------------------------------------------------------------X

       A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on September 28, 2020, granting Defendants' motion to dismiss; dismissing Plaintiffs' Amended Complaint in its entirety with prejudice; it is

       ORDERED and ADJUDGED that Defendants' motion to dismiss is granted; Plaintiffs' Amended Complaint is dismissed in its entirety with prejudice.

Dated:  Brooklyn, New York                           Douglas C. Palmer
         September 29, 2020                       Clerk of Court

                                              By:    _/s/Jalitza Poveda_
                                                        Deputy Clerk