MANDATE

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT
_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of December two thousand twenty,

_____

William Cohen, Sue Paivanas, Christy Ogrodoski,

    Plaintiffs - Appellants,

v.

Capital One Funding, LLC, Capital One Master Trust, Capital One Multi-Asset Execution Trust, Bank of New York Mellon Corp., Deutsche Bank Trust Company Delaware, The Bank of New York Mellon,

    Defendants - Appellees.
_____

**ORDER**
Docket No. 20-3690

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 12/02/2020